IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:00CR130 |
| | ) | |
| v. | ) | |
| | ) | |
| URIEL CARRANZA, | ) | MEMORANDUM OPINION |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for review of sentence (Filing No. 434).  The Court construes this as a habeas corpus motion avowing that Carranza's sentence "was imposed in violation of the Constitution or laws of the United States, or that the court was without jurisdiction to impose such sentence, or that the sentence was in excess of the maximum authorized by law."  28 U.S.C. § 2255.

On August 17, 2001, a jury found Carranza guilty on Counts I and II of the superseding indictment:  conspiracy to distribute methamphetamine and conspiracy to distribute cocaine and marijuana.  Carranza's sentencing hearing took place on November 15, 2001.  Carranza previously filed another § 2255 motion, which was denied on May 26, 2004.  The Court notes that the one-year period of limitation has run in this case.  Accordingly, the Court finds that this second § 2255 motion will be denied.

A separate order will be entered in accordance with this memorandum opinion.

DATED this 7th day of November, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court