IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:00CR130 |
| | ) | |
| v. | ) | |
| | ) | |
| URIEL CARRANZA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      This matter is before the Court on defendant's motion under 28 U.S.C. § 2255 to vacate, set aside or correct sentence by a person in federal custody (Filing No. 452), a motion to expand the record pursuant to Rule 7(b) of the Rules governing 28 U.S.C. § 2255 proceedings (Filing No. 453), and a supplement to petition to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 by a person in federal custody (Filing No. 454). The Court finds plaintiff should file a response. Accordingly,

      IT IS ORDERED that on or before March 31, 2014, the plaintiff shall file a response to said motion, including an affidavit from defense counsel.

      DATED this 4th day of March, 2014.

                            BY THE COURT:

                            /s/ Lyle E. Strom

                            _____
                            LYLE E. STROM, Senior Judge
                            United States District Court