IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,       )
                                )
                Plaintiff,      )          8:00CR130
                                )
        v.                      )
                                )
URIEL CARRANZA,                 )               ORDER
                                )
                Defendant.      )
_____)
```

This matter is before the Court on plaintiff's motion to extend the time for filing response brief (Filing No. 457). The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that plaintiff's motion is granted. Plaintiff shall have until April 14, 2014, file a response to defendant's Section 2255 motion.

DATED this 1st day of April, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court