IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:00CR130 |
| | ) | |
| v. | ) | |
| | ) | |
| URIEL CARRANZA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

     This matter is before the Court on defendant's motion for permission to file a reply to government's response to defendant's 28 U.S.C. § 2255 petition and 30 days extension (Filing No. 463). The Court finds the motion should be granted. Accordingly,

     IT IS ORDERED that defendant's motion is granted; defendant shall file a reply to the government's response on or before June 6, 2014.

     DATED this 2nd day of May, 2014.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court