IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:00CR130 |
| | ) | |
| v. | ) | |
| | ) | |
| URIEL CARRANZA, | ) | ORDER AND JUDGMENT |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      Pursuant to the memorandum opinion entered herein this date,

      IT IS ORDERED:

      1) Defendant's motion under 28 U.S.C. § 2255 to vacate, set aside or correct sentence by a person in federal custody (Filing No. 452) is denied.

      2) Defendant's motion to expand the record pursuant to Rule 7(b) of the rules governing 28 U.S.C. § 2255 proceedings (Filing No. 453) is denied.

      3) Inasmuch as this is defendant's third 28 U.S.C. § 2255 motion, no certificate of appealability will issue.

      DATED this 13th day of June, 2014.

                                    BY THE COURT:

                                    /s/ Lyle E. Strom
                                    _____
                                    LYLE E. STROM, Senior Judge
                                    United States District Court