IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:00CR130 |
| | ) | |
| v. | ) | |
| | ) | |
| URIEL CARRANZA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion for clarification and to amend order and judgment of June 13, 2014 (Filing No. 468). It appears from Court records that the memorandum opinion (Filing No. 466) was not mailed to defendant at the same time the order and judgment (Filing No. 467) was mailed. The memorandum opinion was subsequently mailed to defendant on June 27, 2014.

The Court has reviewed defendant's motion for clarification. Inasmuch as defendant has now received a copy of the memorandum opinion, the Court finds it should be denied as moot. Accordingly,

IT IS ORDERED that defendant's motion for clarification and to amend order and judgment is denied as moot.

DATED this 2nd day of September, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court