IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
          Plaintiff,         )     8:00CR130
                             )
     v.                      )
                             )
URIEL CARRANZA,              )     ORDER
                             )
          Defendant.         )
_____)
```

This matter is before the Court on defendant's motion to proceed in forma pauperis (Filing No. 478). Defendant's appeal was processed and dismissed by the United States Court of Appeals for the Eighth Circuit (Filing No. 485). Accordingly,

IT IS ORDERED that defendant's motion is denied as moot.

DATED this 23rd day of July, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court