AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

DISTRICT OF NEBRASKA

| | |
|---|---|
| United States of America<br>v.<br>URIEL CARRANZA | )<br>)<br>)<br>)   Case No:   8:00CR130<br>)   USM No:   19205-112<br>) |
| Date of Original Judgment:    11/15/2001<br>Date of Previous Amended Judgment:           <br>*(Use Date of Last Amended Judgment if Any)* | )<br>)<br>)   Julie B. Hansen<br>     *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
     ☐ DENIED.    ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of    264    months **is reduced to**    211 months    .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated    11/15/2001    shall remain in effect.
**IT IS SO ORDERED**.

Order Date:      10/29/2015             /s/ Lyle E. Strom
                                            *Judge's signature*

Effective Date:      11/01/2015           LYLE E. STROM, Senior Judge
            *(if different from order date)*                   *Printed name and title*